# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALLAN PARMELEE, )
  )
*Plaintiff* )
v. ) Civil Action No. CV-13-5046-EFS
SHIRLEY CLARK, KERRI ROBINSON, JAY JACKSON, CHARLES PEASE, )
STEVE SINCLAIR, BERNARD WARNER, JO PHILLIPS, FRANK SMITH, )
JOHN ROGERS, JOHN EDWARDS, SCOTT FRAKES, JOHN HAMMOND, )
SHARI HALL and UNKNOWN OTHERS, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** This action is dismissed without prejudice for failure to pay the applicable filing fee prusuant to 28 USC § 1914. Judgment of Dismissal without prejudce is entered against plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: July 17, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson